JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DE SHUN BOWERS, | ) | Case No. 2:19-cv-10991-AB (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| W.J. SULLIVAN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: June 30, 2022

_____

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE